Raymond N. Haynes
9060 Grove St.
Elk Grove, Ca. 95624
916-709-9781
ray-haynes@hotmail.com
State Bar No. 93852

Attorney for Plaintiffs, Richard and Roberta Skaggs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA SKAGGS and RICHARD SKAGGS, individuals,<br>　　Plaintiffs,<br><br>v.<br><br>J.P. MORGAN CHASE BANK, N.A., a Delaware corporation; and DOES 1 to 50, inclusive,<br>　　Defendants. | CASE NO. CASE NO. 2:24-cv-02635-DSF-PD<br><br>DISMISSAL OF ACTION PURSUANT TO SETTLEMENT |

Please take notice that the Plaintiff and Defendant have settled this matter, and the terms of the settlement have been satisfied.

DISMISSAL OF ACTION PURSUANT TO SETTLEMENT

Pursuant to that settlement, the parties hereby stipulate to a dismissal of the action with prejudice.

Dated: March 14, 2025

By: /s/*Raymond N. Haynes*
Raymond N. Haynes
Attorney for Plaintiffa Richard and Roberta Skaggs

Dated: March 14, 2025

GREENBERG TRAURIG, LLP

By: /s/*Layal L. Bishara*
Layal L. Bishara
Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

DISMISSAL OF ACTION PURSUANT TO SETTLEMENT